NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1226

PROCTER & GAMBLE COMPANY,

Plaintiff-Appellant,

v.

RNA CORPORATION,

Defendant.

Peter M. Lancaster, Dorsey & Whitney LLP, of Minneapolis, Minnesota, for plaintiff-appellant.  With him on the brief was Heather D. Redmond.

Appealed from:  United States District Court for the Southern District of Ohio

Judge Thomas M. Rose

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1226

PROCTER & GAMBLE COMPANY,

Plaintiff-Appellant,

v.

RNA CORPORATION,

Defendant.

# Judgment

ON APPEAL from the        United States District Court
                         for the Southern District of Ohio

in CASE NO(S).            1:08-CV-565.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MAYER, PROST, and MOORE, Circuit Judges )

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED July 8, 2009            /s/ Jan Horbaly
                              Jan Horbaly, Clerk